FILED

AUG 2 5 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1   PHILLIP A. TALBERT
Acting United States Attorney
2   BRIAN K. DELANEY
Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
Fresno, CA 93721
4   Telephone:  559-497-4000
Facsimile:   559-497-4099
5

6   Attorneys for Plaintiff
United States of America
7

8
          IN THE UNITED STATES DISTRICT COURT
9
          EASTERN DISTRICT OF CALIFORNIA
10

11   UNITED STATES OF AMERICA,                    CASE NO.  5:16MJ29 JLT

12                        Plaintiff,              ORDER

13            v.

14   LEONEL FERNANDEZ,

15                        Defendant.

16

17                              **ORDER**

18

19        IT IS HEREBY ORDERED in the interest of justice that the criminal complaint and

20   warrant against LEONEL FERNANDEZ be dismissed without prejudice.

     IT IS SO ORDERED.
21

22   Dated:  August 25, 2016

23

24   By: _____
                United States Magistrate Judge
25

26

27

28

                                   2